**METS SCHIRO MCGOVERN**
**MANETTA & MILEWSKI, LLP**
1460 U.S. Highway 9 N, Ste. 310
Woodbridge, NJ 07095
Tel. (732) 636-0040
Fax (732) 636-5705
Email: lschiro@msmlaborlaw.com
*Attorneys for Plaintiffs, Sheetmetal Workers Local 22 Welfare Fund, Pension Fund, Annuity Fund, Education Fund, Vacation Fund, Unemployment Fund and the Board of Trustees*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SHEETMETAL WORKERS LOCAL 22 WELFARE FUND, PENSION FUND, ANNUITY FUND, EDUCATION FUND, VACATION FUND, UNEMPLOYMENT FUND, and THE BOARD OF TRUSTEES,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NATIONAL AIR BALANCE COMPANY,**<br><br>**Defendant.** | CASE NO. 2:24-cv-08980-BRM-AME<br><br>CIVIL ACTION<br><br>ORDER ENTERING<br>DEFAULT JUDGMENT |

    **THIS MATTER** having come before the Court upon Notice of Motion by Mets Schiro McGovern Manetta & Milewski, LLP, attorneys for Plaintiffs Sheetmetal Workers Local 22 Welfare Fund, Pension Fund, Annuity Fund, Education Fund, Vacation Fund, Unemployment Fund, and the Board of Trustees, for an Order to enter a default judgment against Defendant National Air Balance Company; and the Court

1

having considered the papers filed herein; and having heard any oral argument granted; and, for good cause shown;

**IT IS**, on this _____ day of _____, 2025, hereby

**ORDERED** that Plaintiff's motion for the Clerk to enter default judgment against Defendant be and is hereby **GRANTED**; and it is further

**ORDERED** that judgement is hereby entered against National Air Balance Company in the amount of $178,422.91; and it is further

**ORDERED** that the Clerk shall enter default judgment against Defendant on the Court's docket.

_____
Melissa Rhoads, Clerk of Court

s/ANTHONY CANGRO, Deputy Clerk
Date: 1/27/2025